**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BOBBI SUE ATKINSON, | ) | 3:05-cv-00471-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) | |
| Defendant. | ) | |

Before the court is the Report and Recommendation of the United States Magistrate Judge ("R&R") (#16).  Plaintiff Bobbi Sue Atkinson ("Atkinson") has filed an objection to the R&R (#17). Defendant has responded (#18).

Plaintiff objects to the finding by the Magistrate Judge that the ALJ was not required to hear the testimony of a Vocational Expert to determine if Atkinson would be capable of performing work in the national economy despite her non-exertional limitations.  In particular, Atkinson contends that her non-exertional limitation of being unable to have frequent contact with the public or co-workers would render reliance on the Medical-Vocational Guidelines (commonly referred to as the "grids") to be reversible error.

The ALJ determined that Atkinson has a residual functional capacity that would limit her to light and sedentary work as defined by the regulations. The ALJ found that Atkinson's capacity for light work is substantially intact and has not been compromised by any non-exertional limitations despite her inability to have frequent contact with the public or co-workers.

This finding is supported by the regulations. "[T]he primary work functions in the bulk of unskilled work relate to working with things (rather than data or people) and in these work functions at the unskilled level, literacy or ability to communicate in English has the least significance." 20 C.F.R. § 404 Subpart P, App. 2 § 202.00(g).

The court having considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

**ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#16). Plaintiff's Objections (#17) are **DENIED**.

It is so **ORDERED**.

DATED: This 19th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

2